UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                Vs

Bernard Kerik

CASE#    07 CR 1027  ( SCR )

**ORDER OF REMAND**

-------------------------------------------------------X

It is hereby ordered that __Bernard Kerik__ , the defendant, be remanded into the custody of the U.S. Marshal Service, and that the conditions of the Supervised Release provisions are hereby revoked.

So Ordered: _____  10/20/09
               U.S. District Judge        Date



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: